Russell G. Evans (7192)
Justin O. Burton (6506)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor(s)
6000 South Fashion Blvd.,
Murray, Utah 84107
(801) 288-0202

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| IN RE: | Case No. |
|---|---|
| David Arthur Nielsen<br>ssn xxx-xx-0194<br>Kimberly Nielsen<br>ssn xxx-xx-0444 | Chapter 13<br><br>(Filed Electronically) |
| DEBTOR(S) | |

### DECLARATION OF PAYMENT ADVICES

Attached to this declaration are all payment advices for the debtor(s) for the 60 days pre-petition.

Dated: June 5, 2009

_____
Justin O. Burton, of and for,
RULON T. BURTON & ASSOCIATES

### MAILING CERTIFICATE

Upon penalty of perjury, I hereby certify that on _June 5_, 2009, I caused to be filed electronically via ECF and/or mailed, postage prepaid, a true and correct copy of **DECLARATION OF PAYMENT ADVICES** to the following parties:

Standing Trustee assigned to case via ECF, US Trustee via ECF.

_____
Mailing Clerk

# Pay

**Sizzling Platter, LLC (SPLLC)**

## Pay Statement

Sizzler

| | |
|---|---|
| DAVID A. NIELSEN | Date 03/29/2009 |
| 8846 PECAN CIR | |
| WEST JORDAN, UT 84088 | Document no 297415 |
| SSN XXX-XX-XXXX | Net pay 130.65 |

| Employee no | 022578 | FIT | M | 2 | Period start | 03/09/2009 |
|---|---|---|---|---|---|---|
| Location | 411 | SIT res | M | 2 | Period end | 03/22/2009 |
| Department | 411 | SIT work | M | 2 | Pay group | SPIHR - SPI Hourly Employees |
| Concept | RED | | | | Job | BAR |
| District | 8 | | | | Pay frequency | Biweekly |
| | | | | | Pay rate | 8.0000 |

### Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Regular pay | 44.71 | 8.0000 | 357.68 | |
| Regular pay | 4.15 | 2.1300 | 8.84 | 1165.74 |
| Reported Tips | 0.00 | | 200.00 | |
| Reported Tips | 0.00 | | 18.34 | 1104.67 |
| Total hours | 48.86 | | | |

| Deductions | | | Taxes | | | Net Pay Distribution | | |
|---|---|---|---|---|---|---|---|---|
| Deduction | Current | YTD | Tax code | Current | YTD | Account | Type | Amount |
| Child Support 1 | 184.93 | 620.61 | Employee Medica | 8.48 | 32.92 | | | |
| Lend-A-HandFund | 1.00 | 7.00 | Social Security | 36.26 | 140.76 | Check amount | | 130.65 |
| Reported Tips | 218.34 | 1104.67 | UT State Income | 5.20 | 5.20 | Total net pay | | 130.65 |

\* This deduction may be pre-tax

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 584.86 | 584.86 | 49.94 | 404.27 | 130.65 |
| YTD | 2270.41 | 2270.41 | 178.88 | 1732.28 | 359.25 |

# Pay

**Sizzling Platter, LLC (SPLLC)**

## Pay Statement

Sizzler

DAVID A. NIELSEN
8846 PECAN CIR
WEST JORDAN, UT 84088
SSN XXX-XX-XXXX

| | |
|---|---|
| Date | 04/12/2009 |
| Document no | 299625 |
| **Net pay** | **192.73** |

| | | | | | |
|---|---|---|---|---|---|
| Employee no | 022578 | FIT | M 2 | Period start | 03/23/2009 |
| Location | 411 | SIT res | M 2 | Period end | 04/05/2009 |
| Department | 411 | SIT work | M 2 | Pay group | SPIHR - SPI Hourly Employees |
| Concept | RED | | | Job | BAR |
| District | 8 | | | Pay frequency | Biweekly |
| | | | | Pay rate | 8.0000 |

### Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Regular pay | 54.64 | 8.0000 | 437.12 | 1602.86 |
| Reported Tips | 0.00 | | 215.00 | 1319.67 |
| **Total hours** | 54.64 | | | |

| Deductions | | | Taxes | | | Net Pay Distribution | | |
|---|---|---|---|---|---|---|---|---|
| Deduction | Current | YTD | Tax code | Current | YTD | Account | Type | Amount |
| Child Support 1 | 184.93 | 805.54 | Employee Medica | 9.46 | 42.38 | | | |
| Lend-A-HandFund | 1.00 | 8.00 | Social Security | 40.43 | 181.19 | Check amount | | 192.73 |
| Reported Tips | 215.00 | 1319.67 | UT State Income | 8.57 | 13.77 | Total net pay | | 192.73 |
| * This deduction may be pre-tax | | | | | | | | |

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| **Current** | 652.12 | 652.12 | 58.46 | 400.93 | 192.73 |
| **YTD** | 2922.53 | 2922.53 | 237.34 | 2133.21 | 551.98 |

# Pay

**Sizzling Platter, LLC (SPLLC)**

## Pay Statement

Sizzler

DAVID A. NIELSEN
8846 PECAN CIR
WEST JORDAN, UT 84088
SSN XXX-XX-XXXX

Date 04/26/2009
Document no 301832

| Net pay | 85.61 |
|---|---|

| Employee no | 022578 | FIT | M | 2 | Period start | 04/06/2009 |
|---|---|---|---|---|---|---|
| Location | 411 | SIT res | M | 2 | Period end | 04/19/2009 |
| Department | 411 | SIT work | M | 2 | Pay group | SPIHR - SPI Hourly Employees |
| Concept | RED | | | | Job | BAR |
| District | 8 | | | | Pay frequency | Biweekly |
| | | | | | Pay rate | 8.0000 |

### Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Regular pay | 35.15 | 8.0000 | 281.20 | 1884.06 |
| Reported Tips | 0.00 | | 160.00 | 1479.67 |
| **Total hours** | 35.15 | | | |

| Deductions | | | Taxes | | | Net Pay Distribution | | |
|---|---|---|---|---|---|---|---|---|
| Deduction | Current | YTD | Tax code | Current | YTD | Account | Type | Amount |
| Child Support 1 | 160.84 | 966.38 | Employee Medica | 6.40 | 48.78 | | | |
| Lend-A-HandFund | 1.00 | 9.00 | Social Security | 27.35 | 208.54 | Check amount | | 85.61 |
| Reported Tips | 160.00 | 1479.67 | UT State Income | .00 | 13.77 | Total net pay | | 85.61 |

\* This deduction may be pre-tax

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 441.20 | 441.20 | 33.75 | 321.84 | 85.61 |
| YTD | 3363.73 | 3363.73 | 271.09 | 2455.05 | 637.59 |

# Pay

**Sizzling Platter, LLC (SPLLC)**

## Pay Statement

Sizzler

**DAVID A. NIELSEN**
**8846 PECAN CIR**
**WEST JORDAN, UT 84088**
SSN XXX-XX-XXXX

| | |
|---|---|
| Date | 05/10/2009 |
| Document no | 304029 |
| **Net pay** | **148.51** |

| | | | | | |
|---|---|---|---|---|---|
| Employee no | 022578 | FIT | M 2 | Period start | 04/20/2009 |
| Location | 411 | SIT res | M 2 | Period end | 05/03/2009 |
| Department | 411 | SIT work | M 2 | Pay group | SPIHR - SPI Hourly Employees |
| Concept | RED | | | Job | BAR |
| District | 8 | | | Pay frequency | Biweekly |
| | | | | Pay rate | 8.0000 |

### Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Regular pay | 48.56 | 8.0000 | 388.48 | |
| Regular pay | 0.77 | 2.1300 | 1.64 | 2274.18 |
| Reported Tips | 0.00 | | 225.00 | |
| Reported Tips | 0.00 | | 15.00 | 1719.67 |
| Total hours | 49.33 | | | |

### Deductions / Taxes / Net Pay Distribution

| Deduction | Current | YTD | Tax code | Current | YTD | Account | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| Child Support 1 | 184.93 | 1151.31 | Employee Medica | 9.14 | 57.92 | | | |
| Lend-A-HandFund | 1.00 | 10.00 | Social Security | 39.07 | 247.61 | Check amount | | 148.51 |
| Reported Tips | 240.00 | 1719.67 | UT State Income | 7.47 | 21.24 | Total net pay | | 148.51 |

* This deduction may be pre-tax

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 630.12 | 630.12 | 55.68 | 425.93 | 148.51 |
| YTD | 3993.85 | 3993.85 | 326.77 | 2880.98 | 786.10 |

http://10.0.1.85:81/WWW/TEMPLATES/MSS/EEPayrollPayStatementDetail.asp?EEID=6...  6/5/2009

**Pay**             **Sizzling Platter, LLC (SPLLC)**

## Pay Statement

Sizzler

**DAVID A. NIELSEN**       Date   05/24/2009
**8846 PECAN CIR**
**WEST JORDAN, UT 84088**      Document no   306264
SSN XXX-XX-XXXX      Net pay   152.14

| Employee no | 022578 | FIT | M 2 | Period start | 05/04/2009 |
|---|---|---|---|---|---|
| Location | 411 | SIT res | M 2 | Period end | 05/17/2009 |
| Department | 411 | SIT work | M 2 | Pay group | SPIHR - SPI Hourly Employees |
| Concept | RED | | | Job | BAR |
| District | 8 | | | Pay frequency | Biweekly |
| | | | | Pay rate | 8.0000 |

### Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Regular pay | 45.20 | 8.0000 | 361.60 | |
| Regular pay | 9.87 | 2.1300 | 21.02 | 2656.80 |
| Reported Tips | 0.00 | | 116.00 | |
| Reported Tips | 0.00 | | 43.63 | 1879.30 |
| Total hours | 55.07 | | | |

| Deductions | | | Taxes | | | Net Pay Distribution | | |
|---|---|---|---|---|---|---|---|---|
| Deduction | Current | YTD | Tax code | Current | YTD | Account | Type | Amount |
| Child Support 1 | 184.93 | 1336.24 | Employee Medica | 7.86 | 65.78 | | | |
| Lend-A-HandFund | 1.00 | 11.00 | Social Security | 33.62 | 281.23 | Check amount | | 152.14 |
| Reported Tips | 159.63 | 1879.30 | UT State Income | 3.07 | 24.31 | Total net pay | | 152.14 |

\* This deduction may be pre-tax

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 542.25 | 542.25 | 44.55 | 345.56 | 152.14 |
| YTD | 4536.10 | 4536.10 | 371.32 | 3226.54 | 938.24 |



Medical Group Staff
36 S State Street, Ste 2200
Salt Lake City, UT 84111

Employee Number 26478
Kimberly Nielsen
4413 ELK MEADOWS DR
West Jordan       UT 84088

Pay Period 7 2009
Beginning 08-MAR-2009 Ending 21-MAR-2009

**Tax Information**

| | |
|---|---|
| Fed W4 Status | Married |
| Fed W4 Allowances | 8 |
| Fed W4 Additional Amount | 0.00 |
| State W4 Status | Married |
| State W4 Allowances | 8 |
| State W4 Additional Amount | 0.00 |

**YTD Earnings**

| | |
|---|---|
| Gross Wages YTD | 6,842.55 |
| FICA Taxable Wages YTD | 5,167.56 |
| Federal Taxable Wages YTD | 5,024.34 |
| State Taxable Wages YTD | 5,024.34 |

**Time Off Accruals**

| | |
|---|---|
| Paid Time Off Balance | 29.97 |
| Accrued This Pay Period | 6.78 |
| Long Term Illness Balance | 49.44 |

**Flexible Spending Available Balances**

| | |
|---|---|
| Current Year Dependent Care | 280.61 |
| Prior Year Dependent Care | 0.00 |

**Benefits Eligible Hours History**

| | Paid Hours | Pay Periods |
|---|---|---|
| Current Quarter | 384.00 | 7 |
| Previous Quarter | 480.00 | 6 |
| 2nd Previous Quarter | 552.00 | 7 |
| 3rd Previous Quarter | 480.00 | 6 |
| Total | 1,896.00 | 26 |

| | |
|---|---|
| Benefits Eligible Avg. Hours (Total Hours / Total Pay Periods) | 72.92 |
| Scheduled Working Hours | 80.00 |

# Statement of Earnings

**Earnings Corrections Must Be Initiated By Your Supervisor**

| | | |
|---|---|---|
| Gift Certificates | 0.00 | 50.00 |
| Short-Term Disability | 12.99 | 61.05 |

| | | | |
|---|---|---|---|
| LTI FMLA | 0.00 | 0.00 | 1,432.23 |
| PTO | 24.00 | 429.67 | 1,432.25 |
| Regular Pay | 56.00 | 1,002.56 | 3,867.02 |
| (1) Total Gross Earnings | | 1,432.23 | |

| | | |
|---|---|---|
| Dep Care FSA Reimb 2009 | 0.00 | 275.00 |
| (2) Total Reimbursements | 0.00 | |

| | | | |
|---|---|---|---|
| Medical | * | 56.00 | 336.00 |
| Dental | * | 9.63 | 57.78 |
| Basic Life | * | 1.17 | 7.02 |
| Vision | * | 7.93 | 47.58 |
| ADD | * | 3.78 | 22.80 |
| Retirement 401k | * | 0.00 | 143.22 |
| FSA Health Care | * | 92.59 | 648.20 |
| FSA Dependent Care | * | 92.59 | 555.61 |
| Medicare EE | | 17.13 | 74.93 |
| SS EE | | 73.26 | 320.39 |
| SIT-UT | | 12.55 | 28.20 |
| LTD Employee | | 11.03 | 51.84 |
| Empl Opt Life | | 6.50 | 39.00 |
| Spouse Dep Life | | 3.25 | 19.50 |
| Child Dep Life | | 0.84 | 5.04 |
| 401k Loan A | | 31.33 | 156.65 |
| 401k Loan B | | 20.79 | 103.95 |
| 401k Loan C | | 24.44 | 122.20 |
| Basic Life Family | | 0.28 | 1.68 |
| (3) Total Deductions | | 465.09 | |

NET PAY (1 + 2 - 3)        967.14

| | |
|---|---|
| ZIONS BANK | 967.14 |

Amounts will be deposited on 27-MAR-2009


**Intermountain Healthcare**

Medical Group Staff
36 S State Street, Ste 2200
Salt Lake City, UT 84111

Employee Number 26478
Kimberly Nielsen
4413 ELK MEADOWS DR
West Jordan    UT 84088

Pay Period 8 2009
Beginning 22-MAR-2009 Ending 04-APR-2009

## Tax Information

| Fed W4 Status | Married |
|---|---|
| Fed W4 Allowances | 9 |
| Fed W4 Additional Amount | 0.00 |
| State W4 Status | Married |
| State W4 Allowances | 9 |
| State W4 Additional Amount | 0.00 |

## YTD Earnings

| Gross Wages YTD | 9,933.22 |
|---|---|
| FICA Taxable Wages YTD | 7,994.54 |
| Federal Taxable Wages YTD | 7,851.32 |
| State Taxable Wages YTD | 7,851.32 |

## Time Off Accruals

| Paid Time Off Balance | 36.75 |
|---|---|
| Accrued This Pay Period | 6.78 |
| Long Term Illness Balance | 49.44 |

## Flexible Spending Available Balances

| Current Year Dependent Care | 373.20 |
|---|---|
| Prior Year Dependent Care | 0.00 |

### Benefits Eligible Hours History

| | Paid Hours | Pay Periods |
|---|---|---|
| Current Quarter | 80.00 | 1 |
| Previous Quarter | 384.00 | 7 |
| 2nd Previous Quarter | 480.00 | 6 |
| 3rd Previous Quarter | 552.00 | 7 |
| Total | 1,496.00 | 21 |

| Benefits Eligible Avg. Hours | 71.23 |
|---|---|
| (Total Hours / Total Pay Periods) | |
| Scheduled Working Hours | 80.00 |

# Statement of Earnings

**Earnings Corrections Must Be Initiated By Your Supervisor**

### Non-Cash Taxable Earnings

| | Current Amt | YTD Amount |
|---|---|---|
| Gift Certificates | 0.00 | 50.00 |
| Short-Term Disability | 27.78 | 88.83 |

### Earnings

| | Current Hrs | Current Amt | YTD Amount |
|---|---|---|---|
| LTI FMLA | 0.00 | 0.00 | 1,432.23 |
| PTO | 0.00 | 0.00 | 1,432.25 |
| Regular Pay | 80.00 | 1,432.22 | 5,299.24 |
| Mgt Incentives - Front Line | 0.00 | 1,630.67 | 1,630.67 |
| (1) Total Gross Earnings | | 3,062.89 | |

### Reimbursements

| | Current Amt | YTD Amount |
|---|---|---|
| Dep Care FSA Reimb 2009 | 0.00 | 275.00 |
| (2) Total Reimbursements | 0.00 | |

### Deductions

| | Pre-tax | Current Amt | YTD Amount |
|---|---|---|---|
| Medical | * | 56.00 | 392.00 |
| Dental | * | 9.63 | 67.41 |
| Basic Life | * | 1.17 | 8.19 |
| Vision | * | 7.93 | 55.51 |
| ADD | * | 3.78 | 26.58 |
| Retirement 401k | * | 0.00 | 143.22 |
| FSA Health Care | * | 92.59 | 740.79 |
| FSA Dependent Care | * | 92.59 | 648.20 |
| FIT | | 126.93 | 126.93 |
| Medicare EE | | 40.99 | 115.92 |
| SS EE | | 175.27 | 495.66 |
| SIT-UT | | 111.41 | 139.61 |
| LTD Employee | | 23.58 | 75.42 |
| Empl Opt Life | | 6.50 | 45.50 |
| Spouse Dep Life | | 3.25 | 22.75 |
| Child Dep Life | | 0.84 | 5.88 |
| 401k Loan A | | 31.33 | 187.98 |
| 401k Loan B | | 20.79 | 124.74 |
| 401k Loan C | | 24.44 | 146.64 |
| Basic Life Family | | 0.28 | 1.96 |
| (3) Total Deductions | | 829.30 | |

**NET PAY (1 + 2 - 3)** 2,233.59

### Disbursements

| | Amount |
|---|---|
| ZIONS BANK | 2,233.59 |

Amounts will be deposited on 10-APR-2009



# Statement of Earnings

Medical Group Staff
36 S State Street, Ste 2200
Salt Lake City, UT 84111

Employee Number 26478
Kimberly Nielsen
4413 ELK MEADOWS DR
West Jordan    UT 84088

Pay Period 9 2009
Beginning 05-APR-2009 Ending 18-APR-2009

**Tax Information**
| | |
|---|---|
| Fed W4 Status | Married |
| Fed W4 Allowances | 9 |
| Fed W4 Additional Amount | 0.00 |
| State W4 Status | Married |
| State W4 Allowances | 9 |
| State W4 Additional Amount | 0.00 |

**YTD Earnings**
| | |
|---|---|
| Gross Wages YTD | 11,378.43 |
| FICA Taxable Wages YTD | 9,176.06 |
| Federal Taxable Wages YTD | 9,032.84 |
| State Taxable Wages YTD | 9,032.84 |

**Time Off Accruals**
| | |
|---|---|
| Paid Time Off Balance | 43.53 |
| Accrued This Pay Period | 6.78 |
| Long Term Illness Balance | 49.44 |

**Flexible Spending Available Balances**
| | |
|---|---|
| Current Year Dependent Care | 92.59 |
| Prior Year Dependent Care | 0.00 |

| Benefits Eligible Hours History | Paid Hours | Pay Periods |
|---|---|---|
| Current Quarter | 160.00 | 2 |
| Previous Quarter | 384.00 | 7 |
| 2nd Previous Quarter | 480.00 | 6 |
| 3rd Previous Quarter | 552.00 | 7 |
| Total | 1,576.00 | 22 |

| | |
|---|---|
| Benefits Eligible Avg. Hours (Total Hours / Total Pay Periods) | 71.63 |
| Scheduled Working Hours | 80.00 |

**Earnings Corrections Must Be Initiated By Your Supervisor**

| | | |
|---|---|---|
| Gift Certificates | 0.00 | 50.00 |
| Short-Term Disability | 12.99 | 101.82 |

| | | | |
|---|---|---|---|
| LTI FMLA | 0.00 | 0.00 | 1,432.23 |
| PTO | 0.00 | 0.00 | 1,432.25 |
| Regular Pay | 80.00 | 1,432.22 | 6,731.46 |
| Mgt Incentives - Front Line | 0.00 | 0.00 | 1,630.67 |
| (1) Total Gross Earnings | | 1,432.22 | |

| | | |
|---|---|---|
| Dep Care FSA Reimb 2009 | 373.20 | 648.20 |
| (2) Total Reimbursements | 373.20 | |

| Deductions | | Current | YTD Amount |
|---|---|---|---|
| Medical | * | 56.00 | 448.00 |
| Dental | * | 9.63 | 77.04 |
| Basic Life | * | 1.17 | 9.36 |
| Vision | * | 7.93 | 63.44 |
| ADD | * | 3.78 | 30.36 |
| Retirement 401k | * | 0.00 | 143.22 |
| FSA Health Care | * | 92.59 | 833.38 |
| FSA Dependent Care | * | 92.59 | 740.79 |
| FIT | | 0.00 | 126.93 |
| Medicare EE | | 17.13 | 133.05 |
| SS EE | | 73.26 | 568.92 |
| SIT-UT | | 7.74 | 147.35 |
| LTD Employee | | 11.03 | 86.45 |
| Empl Opt Life | | 6.50 | 52.00 |
| Spouse Dep Life | | 3.90 | 26.65 |
| Child Dep Life | | 0.84 | 6.72 |
| 401k Loan A | | 31.33 | 219.31 |
| 401k Loan B | | 20.79 | 145.53 |
| 401k Loan C | | 24.44 | 171.08 |
| Basic Life Family | | 0.28 | 2.24 |
| (3) Total Deductions | | 460.93 | |

NET PAY (1 + 2 - 3)    1,344.49

| | |
|---|---|
| ZIONS BANK | 1,344.49 |

Amounts will be deposited on 24-APR-2009



Medical Group Staff
36 S State Street, Ste 2200
Salt Lake City, UT 84111

Employee Number 26478
Kimberly Nielsen
4413 ELK MEADOWS DR
West Jordan      UT 84088

Pay Period 10 2009
Beginning 19-APR-2009 Ending 02-MAY-2009

**Tax Information**

| Fed W4 Status | Married |
|---|---|
| Fed W4 Allowances | 4 |
| Fed W4 Additional Amount | 0.00 |
| State W4 Status | Married |
| State W4 Allowances | 4 |
| State W4 Additional Amount | 0.00 |

**YTD Earnings**

| Gross Wages YTD | 12,823.65 |
|---|---|
| FICA Taxable Wages YTD | 10,357.59 |
| Federal Taxable Wages YTD | 10,214.37 |
| State Taxable Wages YTD | 10,214.37 |

**Time Off Accruals**

| Paid Time Off Balance | 42.31 |
|---|---|
| Accrued This Pay Period | 6.78 |
| Long Term Illness Balance | 49.44 |

**Flexible Spending Available Balances**

| Current Year Dependent Care | 92.59 |
|---|---|
| Prior Year Dependent Care | 0.00 |

| Benefits Eligible Hours History | Paid Hours | Pay Periods |
|---|---|---|
| Current Quarter | 240.00 | 3 |
| Previous Quarter | 384.00 | 7 |
| 2nd Previous Quarter | 480.00 | 6 |
| 3rd Previous Quarter | 552.00 | 7 |
| Total | 1,656.00 | 23 |

| Benefits Eligible Avg. Hours | 72.00 |
|---|---|
| (Total Hours / Total Pay Periods) | |
| Scheduled Working Hours | 80.00 |

# Statement of Earnings

**Earnings Corrections Must Be Initiated By Your Supervisor**

| Non-Cash Taxable Earnings | Current Amt | YTD Amount |
|---|---|---|
| Gift Certificates | 0.00 | 50.00 |
| Short-Term Disability | 12.99 | 114.81 |

| Earnings | Current Hrs | Current Amt | YTD Amount |
|---|---|---|---|
| LTI FMLA | 0.00 | 0.00 | 1,432.23 |
| PTO | 8.00 | 143.23 | 1,575.48 |
| Regular Pay | 72.00 | 1,289.00 | 8,020.46 |
| Mgt Incentives - Front Line | 0.00 | 0.00 | 1,630.67 |
| (1) Total Gross Earnings | | 1,432.23 | |

| Reimbursements | Current Amt | YTD Amount |
|---|---|---|
| Dep Care FSA Reimb 2009 | 92.59 | 740.79 |
| (2) Total Reimbursements | 92.59 | |

| Deductions | Pre-Tax | Current Amt | YTD Amount |
|---|---|---|---|
| Medical | * | 56.00 | 504.00 |
| Dental | * | 9.63 | 86.67 |
| Basic Life | * | 1.17 | 10.53 |
| Vision | * | 7.93 | 71.37 |
| ADD | * | 3.78 | 34.14 |
| Retirement 401k | * | 0.00 | 143.22 |
| FSA Health Care | * | 92.59 | 925.97 |
| FSA Dependent Care | * | 92.59 | 833.38 |
| FIT | | 1.42 | 128.35 |
| Medicare EE | | 17.14 | 150.19 |
| SS EE | | 73.25 | 642.17 |
| SIT-UT | | 31.78 | 179.13 |
| LTD Employee | | 11.03 | 97.48 |
| Empl Opt Life | | 6.50 | 58.50 |
| Spouse Dep Life | | 3.90 | 30.55 |
| Child Dep Life | | 0.84 | 7.56 |
| 401k Loan A | | 31.33 | 250.64 |
| 401k Loan B | | 20.79 | 166.32 |
| 401k Loan C | | 24.44 | 195.52 |
| Basic Life Family | | 0.28 | 2.52 |
| (3) Total Deductions | | 486.39 | |

NET PAY (1 + 2 - 3)      1,038.43

| Disbursements | Amount |
|---|---|
| ZIONS BANK | 1,038.43 |

Amounts will be deposited on 08-MAY-2009



Medical Group Staff
36 S State Street, Ste 2200
Salt Lake City, UT 84111

Employee Number 26478
Kimberly Nielsen
4413 ELK MEADOWS DR
West Jordan    UT 84088

Pay Period 11 2009
Beginning 03-MAY-2009 Ending 16-MAY-2009

**Tax Information**

| Fed W4 Status | Married |
|---|---|
| Fed W4 Allowances | 4 |
| Fed W4 Additional Amount | 0.00 |
| State W4 Status | Married |
| State W4 Allowances | 4 |
| State W4 Additional Amount | 0.00 |

**YTD Earnings**

| Gross Wages YTD | 14,293.86 |
|---|---|
| FICA Taxable Wages YTD | 11,564.11 |
| Federal Taxable Wages YTD | 11,420.89 |
| State Taxable Wages YTD | 11,420.89 |

**Time Off Accruals**

| Paid Time Off Balance | 49.09 |
|---|---|
| Accrued This Pay Period | 6.78 |
| Long Term Illness Balance | 49.44 |

**Flexible Spending Available Balances**

| Current Year Dependent Care | 150.97 |
|---|---|
| Prior Year Dependent Care | 0.00 |

**Benefits Eligible Hours History**

| | Paid Hours | Pay Periods |
|---|---|---|
| Current Quarter | 320.00 | 4 |
| Previous Quarter | 384.00 | 7 |
| 2nd Previous Quarter | 480.00 | 6 |
| 3rd Previous Quarter | 552.00 | 7 |
| Total | 1,736.00 | 24 |

| Benefits Eligible Avg. Hours | 72.33 |
|---|---|
| (Total Hours / Total Pay Periods) | |
| Scheduled Working Hours | 80.00 |

# Statement of Earnings

**Earnings Corrections Must Be Initiated By Your Supervisor**

| Non-Cash Taxable Earnings | Current Amt | YTD Amount |
|---|---|---|
| Gift Certificates | 25.00 | 75.00 |
| Short-Term Disability | 12.99 | 127.80 |

| Earnings | Current Hrs | Current Amt | YTD Amount |
|---|---|---|---|
| LTI FMLA | 0.00 | 0.00 | 1,432.23 |
| PTO | 0.00 | 0.00 | 1,575.48 |
| Regular Pay | 80.00 | 1,432.22 | 9,452.68 |
| Mgt Incentives - Front Line | 0.00 | 0.00 | 1,630.67 |
| (1) Total Gross Earnings | | 1,432.22 | |

| Reimbursements | Current Amt | YTD Amount |
|---|---|---|
| Dep Care FSA Reimb 2009 | 34.21 | 775.00 |
| (2) Total Reimbursements | 34.21 | |

| Deductions | Pre-Tax | Current Amt | YTD Amount |
|---|---|---|---|
| Medical | * | 56.00 | 560.00 |
| Dental | * | 9.63 | 96.30 |
| Basic Life | * | 1.17 | 11.70 |
| Vision | * | 7.93 | 79.30 |
| ADD | * | 3.78 | 37.92 |
| Retirement 401k | * | 0.00 | 143.22 |
| FSA Health Care | * | 92.59 | 1,018.56 |
| FSA Dependent Care | * | 92.59 | 925.97 |
| FIT | | 3.92 | 132.27 |
| Medicare EE | | 17.49 | 167.68 |
| SS EE | | 74.80 | 716.97 |
| SIT-UT | | 33.36 | 212.49 |
| LTD Employee | | 11.03 | 108.51 |
| Empl Opt Life | | 6.50 | 65.00 |
| Spouse Dep Life | | 3.90 | 34.45 |
| Child Dep Life | | 0.84 | 8.40 |
| 401k Loan A | | 31.33 | 281.97 |
| 401k Loan B | | 20.79 | 187.11 |
| 401k Loan C | | 24.44 | 219.96 |
| Basic Life Family | | 0.28 | 2.80 |
| (3) Total Deductions | | 492.37 | |

NET PAY (1 + 2 - 3)    974.06

| Disbursements | Amount | |
|---|---|---|
| ZIONS BANK | 974.06 | |

Amounts will be deposited on 22-MAY-2009


**Intermountain Healthcare**

Medical Group Staff
36 S State Street, Ste 2200
Salt Lake City, UT 84111

Employee Number 26478
Kimberly Nielsen
4413 ELK MEADOWS DR
West Jordan      UT 84088

Pay Period 12 2009
Beginning 17-MAY-2009 Ending 30-MAY-2009

## Tax Information

| | |
|---|---|
| Fed W4 Status | Married |
| Fed W4 Allowances | 4 |
| Fed W4 Additional Amount | 0.00 |
| State W4 Status | Married |
| State W4 Allowances | 4 |
| State W4 Additional Amount | 0.00 |

## YTD Earnings

| | |
|---|---|
| Gross Wages YTD | 15,739.09 |
| FICA Taxable Wages YTD | 12,745.65 |
| Federal Taxable Wages YTD | 12,602.43 |
| State Taxable Wages YTD | 12,602.43 |

## Time Off Accruals

| | |
|---|---|
| Paid Time Off Balance | 39.87 |
| Accrued This Pay Period | 14.78 |
| Long Term Illness Balance | 49.44 |

## Flexible Spending Available Balances

| | |
|---|---|
| Current Year Dependent Care | 243.56 |
| Prior Year Dependent Care | 0.00 |

| Benefits Eligible Hours History | Paid Hours | Pay Periods |
|---|---|---|
| Current Quarter | 400.00 | 5 |
| Previous Quarter | 384.00 | 7 |
| 2nd Previous Quarter | 480.00 | 6 |
| 3rd Previous Quarter | 552.00 | 7 |
| Total | 1,816.00 | 25 |

| | |
|---|---|
| Benefits Eligible Avg. Hours (Total Hours / Total Pay Periods) | 72.64 |
| Scheduled Working Hours | 80.00 |

# Statement of Earnings

**Earnings Corrections Must Be Initiated By Your Supervisor**

| Non-Cash Taxable Earnings | Current Amt | YTD Amount |
|---|---|---|
| Gift Certificates | 0.00 | 75.00 |
| Short-Term Disability | 12.99 | 140.79 |

| Earnings | Current Hrs | Current Amt | YTD Amount |
|---|---|---|---|
| LTI FMLA | 0.00 | 0.00 | 1,432.23 |
| PTO | 24.00 | 429.68 | 2,005.16 |
| Regular Pay | 56.00 | 1,002.56 | 10,455.24 |
| Mgt Incentives - Front Line | 0.00 | 0.00 | 1,630.67 |
| (1) Total Gross Earnings | | 1,432.24 | |

| Reimbursements | Current Amt | YTD Amount |
|---|---|---|
| Dep Care FSA Reimb 2009 | 0.00 | 775.00 |
| (2) Total Reimbursements | 0.00 | |

| Deductions | Pre-Tax | Current Amt | YTD Amount |
|---|---|---|---|
| Medical | * | 56.00 | 616.00 |
| Dental | * | 9.63 | 105.93 |
| Basic Life | * | 1.17 | 12.87 |
| Vision | * | 7.93 | 87.23 |
| ADD | * | 3.78 | 41.70 |
| Retirement 401k | * | 0.00 | 143.22 |
| FSA Health Care | * | 92.59 | 1,111.15 |
| FSA Dependent Care | * | 92.59 | 1,018.56 |
| FIT | | 1.42 | 133.69 |
| Medicare EE | | 17.13 | 184.81 |
| SS EE | | 73.26 | 790.23 |
| SIT-UT | | 31.78 | 244.27 |
| LTD Employee | | 11.03 | 119.54 |
| Empl Opt Life | | 6.50 | 71.50 |
| Spouse Dep Life | | 3.90 | 38.35 |
| Child Dep Life | | 0.84 | 9.24 |
| 401k Loan A | | 31.33 | 313.30 |
| 401k Loan B | | 20.79 | 207.90 |
| 401k Loan C | | 24.44 | 244.40 |
| Basic Life Family | | 0.28 | 3.08 |
| (3) Total Deductions | | 486.39 | |

NET PAY (1 + 2 - 3)     945.85

| Disbursements | Amount | |
|---|---|---|
| ZIONS BANK | 945.85 | |

Amounts will be deposited on 05-JUN-2009