OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:<br>DAVID ARTHUR NIELSEN<br><br>Debtor | CASE NO: 09-25833<br><br>Chapter 13<br><br>JUDGE WILLIAM T. THURMAN |
|---|---|

### TRUSTEE'S REPORT OF CLAIMS

The court confirmed the Debtor's plan on August 18, 2009, and the bar date for filing claims in this case has now expired.  As stated in the confirmation order, the Trustee will only disburse on allowed claims for which a proof of claim has been filed.  If the plan provides for a claim, but no timely proof of claim has been filed, the Trustee will not disburse on that claim.  Attached hereto as Exhibit A is a list of all claims provided for by the confirmed plan and a description of how such claims will be administered by the Chapter 13 Trustee under the confirmed plan.

***ABSENT A TIMELY FILED WRITTEN OBJECTION, THE TRUSTEE WILL ADMINISTER CLAIMS PURSUANT TO THE TREATMENT DESCRIBED IN EXHIBIT A***

Any objection to the Trustee's Report of Claims must be (1) in writing; (2) filed with the bankruptcy court within 30 days after the date of service set forth below; and (3) noticed for a hearing to be held 30 days after filing such objection.  In the aternative, the debtor or the Trustee may file an objection to the treatment of a proof of claim listed on Exhibit A which must be accompanied by a notice of hearing on such objection.  If no objections are filed within such 30-day period, the Trustee's Report of Claims will be deemed final and will be incorporated into the confirmation order and will control, subject to subsequent modification by court order, as to all disbursements made by the Chapter 13 Trustee.

### CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Report of Claims was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on 04/02/2010:

_/s/_____
Employee of Chapter 13 Trustee

*Printed by: Kim*

## Exhibit "A"

Debtor(s): DAVID ARTHUR NIELSEN
3299 W UPPER NEWARK WAY, WEST JORDAN, UT  840884088

Case No: 09-25833
Bar Date: 10/8/09

| Court Claim No. | Creditor Name and Address | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 6 | **AMERICA FIRST CREDIT UNION** P.O. BOX 9199 OGDEN, UT  84409-0199 | SURRENDER COLLATERAL P=SURR 699175-6.8 *No Money to be Paid by Trustee* | $0.00 | $0.00 | Pro Rata | 0.00 |
| 5 | **AMERICA FIRST CREDIT UNION** P.O. BOX 9199 OGDEN, UT  84409-0199 | UNSECURED LOC 2417225-6.9 *Funds will be DISBURSED* | $493.06 | $0.00 | Pro Rata | 0.00 |
| 7.2 | **AMERICA FIRST CREDIT UNION** P.O. BOX 9199 OGDEN, UT  84409-0199 | UNSECURED 08 SATURN P=SURR 699175-6.7 *Funds will be DISBURSED* | $10,243.56 | $0.00 | Pro Rata | 0.00 |
| 8.3 | **AMERICA FIRST CREDIT UNION** P.O. BOX 9199 OGDEN, UT  84409-0199 | UNSECURED 07' VOLKS/ P=SURR W/DFCY 699175-6.1 *Funds will be DISBURSED* | $14,724.19 | $0.00 | Pro Rata | 0.00 |
| 9 | **AMERICA FIRST CREDIT UNION** P.O. BOX 9199 OGDEN, UT  84409-0199 | UNSECURED VISA/LOC 699175-6.2.6.9 *Funds will be DISBURSED* | $31,603.51 | $0.00 | Pro Rata | 0.00 |
| 8 | **America First Credit Union** 1344 West 4675 South P.O. Box 9199 Ogden, UT  84409-0199 | UNSECURED 8.3 amnds 699175-6.1 *No Money to be Paid by Trustee* | $0.00 | $0.00 | Pro Rata | 0.00 |
| 11 | **CAPITAL ONE BANK** 6125 LAKEVIEW RD STE 800 CHARLOETTE, NC  28269-2605 | UNSECURED MONEY LOANED 9291 *Funds will be DISBURSED* | $1,814.84 | $0.00 | Pro Rata | 0.00 |
| 12 | **CAPITAL ONE BANK** 6125 LAKEVIEW RD STE 800 CHARLOETTE, NC  28269-2605 | UNSECURED MONEY LOANED 0441 *Funds will be DISBURSED* | $2,564.70 | $0.00 | Pro Rata | 0.00 |
| 4 | **INTERMOUNTAIN HEALTHCARE** P.O. BOX 27808 SALT LAKE CITY, UT  84127 | UNSECURED SERVICES 23368229 *Funds will be DISBURSED* | $1,601.70 | $0.00 | Pro Rata | 0.00 |
| 17 | **JEFFERSON CAPITAL SYSTEMS, LLC** P.O. BOX 953185 ST LOUIS, MO  63195-3185 | UNSECURED CC 2565 *Funds will be DISBURSED* | $2,816.41 | $0.00 | Pro Rata | 0.00 |
| 3 | **JOHN PARAS** 560 WEST 9000 SOUTH SANDY, UT  84070 | SECURED (PERMO Level 17) PMSI -$13 AP E64256 *Funds will be DISBURSED* | $1,275.00 | $1,275.00 | $13.00 | 7.00 |
| 3 | **JOHN PARAS** 560 WEST 9000 SOUTH SANDY, UT  84070 | ADEQUATE PROTECTION 3B= $13 A/P X1 E64256 | $13.00 | $13.00 | Pro Rata | 0.00 |

*Case No: 0925833*

*Trustee's Report of Claims*                    *Page: 2*

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Funds will be DISBURSED* | | | | |
| | **JUSTIN O. BURTON**<br>ECF NOTIFICATION | ATTORNEY FEE | $2,250.00 | $0.00 | Pro Rata | 0.00 |
| | | *Funds will be DISBURSED* | | | | |
| 18 | **Lorinda Turley**<br>4831 Stillwell Avenue<br>Alexandria, VA  22309-3353 | PRIORITY (DSO Level 22)<br><br>0363<br>*Funds will be DISBURSED* | $2,367.80 | $0.00 | Pro Rata | 0.00 |
| 1 | **MORGAN JEWELERS**<br>PO BOX 45820<br>SALT LAKE CITY, UT  84115 | ADEQUATE PROTECTION<br>3B= $3 A/P X1<br>13770854<br>*Funds will be DISBURSED* | $3.00 | $3.00 | Pro Rata | 0.00 |
| 1 | **MORGAN JEWELERS**<br>PO BOX 45820<br>SALT LAKE CITY, UT  84145 | SECURED (PERMO Level 17)<br>JEWELRY-$3 AP<br>13770854<br>*Funds will be DISBURSED* | $797.00 | $797.00 | $3.00 | 6.00 |
| 1 | **MORGAN JEWELERS**<br>PO BOX 45820<br>SALT LAKE CITY, UT  84145 | UNSECURED<br>Split Claim<br>13770854<br>*Funds will be DISBURSED* | $295.02 | $0.00 | Pro Rata | 0.00 |
| 10 | **PRA RECEIVABLES MANAGEMENT LLC**<br>AS AGENT OF PORTFOLIO RECOVERY<br>PO BOX 12914<br>NORFOLK, VA  23541 | UNSECURED<br>HOME DEPOT<br>0094<br>*Funds will be DISBURSED* | $519.85 | $0.00 | Pro Rata | 0.00 |
| 15 | **PRA RECEIVABLES MANAGMENT, LLC**<br>PO BOX 12907<br>NORFOLK, VA  23541 | UNSECURED<br>CC<br>7214<br>*Funds will be DISBURSED* | $1,006.96 | $0.00 | Pro Rata | 0.00 |
| 14 | **PREMIER BANKCARD/CHARTER**<br>POST OFFICE BOX 2208<br>VACAVILLE, CA  95696 | UNSECURED<br>CC<br>2525<br>*Funds will be DISBURSED* | $463.73 | $0.00 | Pro Rata | 0.00 |
| 2 | **RC WILLEY HOME FURNISHINGS**<br>ATTN BANKRUPTCY DEPT.<br>PO BOX 65320<br>SALT LAKE CITY, UT  84165-0320 | UNSECURED<br>Split Claim<br>4031<br>*Funds will be DISBURSED* | $131.37 | $0.00 | Pro Rata | 0.00 |
| 2 | **RC WILLEY HOME FURNISHINGS**<br>ATTN BANKRUPTCY DEPT.<br>PO BOX 65320<br>SALT LAKE CITY, UT  84165-0320 | SECURED (PERMO Level 17)<br>PMSI -$10 AP<br>4031<br>*Funds will be DISBURSED* | $2,037.23 | $2,037.23 | $10.00 | 6.00 |
| 2 | **RC WILLEY HOME FURNISHINGS**<br>ATTN BANKRUPTCY DEPT.<br>PO BOX 65320<br>SALT LAKE CITY, UT  84165-0320 | ADEQUATE PROTECTION<br>3B= $10 A/P X1<br>4031<br>*Funds will be DISBURSED* | $10.00 | $10.00 | Pro Rata | 0.00 |
| 13 | **SPRINT NEXTEL DISTRIBUTIONS**<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 3326<br>ENGLEWOOD, CA  80155 | UNSECURED<br>SERVICES PERFORMED<br>612549316<br>*Funds will be DISBURSED* | $1,328.85 | $0.00 | Pro Rata | 0.00 |