# United States Bankruptcy Court
### District of Utah

In re  **Kim Nielsen**    Case No. **09-25833**
Debtor(s)    Chapter **7**

## Notice of Change of Address

Debtor's Social Security Number:    **xxx-xx-0444**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:    **Kim Nielsen**

Street:    4413 Elk Meadows Drive

City, State and Zip:    West Jordan, Utah 84088

Telephone #:

**Please be advised that effective  November 23 , 2010    ,
my (our) new mailing address and telephone number is:**

Name:    **Kim Nielsen**

Street:    **11547 Oakmond Rd**

City, State and Zip:    **South Jordan Utah 84095**

Telephone #:

/s/ Kim Nielsen
**Kim Nielsen**
Debtor